FANNY HYMAN, Appellant, *v.* BETTI FRIEDMAN, Respondent.

(Argued May 1, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 4, 1892, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term and affirmed an order denying a motion for a new trial.

*Charles W. Brooke* for appellant.

*Morris Goodhart* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

SARAH CAIN, as Guardian, etc., Respondent, *v.* ROSA FLOOD, Appellant.

(Argued May 1, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 1, 1891, which affirmed a judgment in favor of plaintiff, entered upon a decision of the District Court of the city of New York for the ninth judicial district.

*Charles W. Brooke* for appellant.

*James O'Neill* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.